(75-CC-1238– )

D. K. AGENCIES, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 5, 1975.*

D. K. AGENCIES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1239– )

Charles SCRIBNER'S SONS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 5, 1975.*

CHARLES SCRIBNER'S SONS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.